IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 09-cv-02722-ZLW-BNB

TANIA L. WIRZ,

      Plaintiff,

v.

UAL CORPORATION, a Delaware corporation, and
UNITED AIRLINES, INC., a Delaware corporation,

      Defendants.

---

**ORDER**

---

It is ORDERED that Plaintiff's Unopposed Motion To Dismiss UAL Corporation (Doc. No. 12; Feb. 25, 2010) is granted, and Defendant UAL Corporation is dismissed from this action without prejudice. It is

FURTHER ORDERED that the case caption shall be amended to reflect the dismissal of UAL Corporation.

DATED at Denver, Colorado this 3rd day of March, 2010.

BY THE COURT:

_____
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court