IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02722-ZLW-BNB

TANIA L. WIRZ,

Plaintiff,

v.

UNITED AIRLINES, INC., a Delaware corporation,

Defendant.

---

## MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Vacate Settlement Conference** [docket no. 21, filed March 31, 2010] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Settlement Conference set for April 7, 2010 is **vacated**.

Pursuant to the unopposed motion to vacate the settlement because the parties have reached a tentative settlement agreement,

IT IS ORDERED that the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed.R.Civ.P. 41(a) on or before **April 14, 2010**, or a status report addressing why dismissal has not been accomplished.

IT IS FURTHER ORDERED that all future hearings set before Magistrate Judge Boland are **vacated**.

DATED: March 31, 2010